IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE: | ) |
| | ) CHAPTER 13 |
| Autumn Vargas, | ) |
| | ) JUDGE Janet S. Baer |
| Debtor(s) | ) |
| | ) 12-17397 |

## NOTICE OF MOTION

TO:

Via Electronic Filing:

US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn, 200 Michigan Ave, 13TH Floor Chicago, IL 60604 by ECF at ecf@tvch13.net

Via U.S. Mail:

All parties on the attached notice list.

Please take notice that on May 1, 2014 at 10:00 a.m. I shall appear before the Honorable Janet S. Baer in Courtroom 615 of the Dirksen Federal Building, 219 South Dearborn Avenue, in Chicago, Illinois, and shall then and there present the attached motion, at which time you may appear if you so choose.

## PROOF OF SERVICE

Martin A. Lear, an attorney, certifies that he has caused to be mailed a copy of this notice and attached motion to the above named addressed with postage prepaid from the mail post office box located at 105 W. Madison, Chicago, Illinois 60602 on March 31, 2014.

/s/ Martin A. Lear
Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

```
Label Matrix for local noticing        LVNV Funding LLC                       Recovery Management Systems Corporation
0752-1                                 %Resurgent Capital Services            25 SE Second Avenue Suite 1120
Case 12-17397                          P.O. Box 10587                         Miami, FL 33131-1605
Northern District of Illinois          Greenville, SC 29603-0587
Chicago
Mon Mar 31 09:10:50 CDT 2014

WELLS FARGO BANK, N.A.                 U.S. Bankruptcy Court                  Afni
c/o Codilis & Associates, P.C.         Eastern Division                       Attention: Bankruptcy
15W030 North Frontage Road             219 S Dearborn                         1310 Martin Luther King Dr
Suite 100                              7th Floor                              Bloomington, IL 61701-1465
Burr Ridge, IL 60527-6921              Chicago, IL 60604-1702

Associated Recovery Systems            CITY OF CHICAGO DEPT OF FINANCE        Capital One, N.a.
PO Box 469046                          C/O TALAN & KTSANES                    Capital One Bank (USA) N.A.
Escondido, CA 92046-9046               223 W JACKSON - SUITE #512             Po Box 30285
                                       CHICAGO IL 60606-6904                  Salt Lake City, UT 84130-0285

Chase                                  (p)CITIBANK                            City of Chicago Department of Revenue c/o
P.o. Box 15298                         PO BOX 790034                          Arnold Scott Harris, PC.
Wilmington, DE 19850-5298              ST LOUIS MO 63179-0034                 222 Merchandise Mart Plaza #1932
                                                                              Chicago, IL 60654-1420

City of Chicago Dept of Revenue        Conscrdtsvcs/Consumer Credit Services In   Enhanced Recovery Corporation
121 N. LaSalle Street                  1501 S Commerce St                     8014 Bayberry Rd.
Chicago, IL 60602-1288                 Las Vegas, NV 89102-2703               Jacksonville, FL 32256-7412

Ernest J. Codilis Jr.                  Freedman Anselmo Linsberg & Rappe      GE Capital Retail Bank
15W030 N FRONTAGE RD                   1807 W. Diehl Rd., Suite 333           Recovery Management Systems Corporation
Burr Ridge, IL 60527-6921              Naperville, IL 60563-1890              25 S.E. 2nd Avenue, Suite 1120
                                                                              Miami, FL 33131-1605

Holy Cross Hospital                    LVNV Funding LLC                       LVNV Funding, LLC its successors and assigns
Mail Processing Center                 c/o Resurgent Capital Services         assignee of Soaring Capital, LLC
P.O. Box 739                           PO Box 10675                           Resurgent Capital Services
Moline, IL 61266-0739                  Greenville, SC 29603-0675              PO Box 10587
                                                                              Greenville, SC 29603-0587

Meyer & Njus, P.A.                     Meyer & Njus, P.A.                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
1100 U.S. Bank Plaza                   29 S. LaSalle                          PO BOX 41067
200 South Sixth Street                 Ste 635                                NORFOLK VA 23541-1067
Minneapolis, MN 55402-1403             Chicago, IL 60603-1559

Rjm Acq Llc                            Rjm Acquisitions Llc                   (p)SPRINGLEAF FINANCIAL SERVICES
575 Underhill Blvd                     575 Underhill Blvd, Suite 224          P O BOX 3251
Syosset, NY 11791-3426                 Syosset, NY 11791-4437                 EVANSVILLE IN 47731-3251

Steven J. Fink & Assoc., PC            Thorek Hospital                        United Auto Credit Co
25 E. Washington                       850 W. Irving Prk Rd.                  18191 Von Karman Suite 300
Suite 1233a                            Chicago, IL 60613-3099                 Irvine, CA 92612-7106
Chicago, IL 60602-1876
```



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

```
Wells Fargo Bank NA                  Wells Fargo Bank, NA                      (p)WELLS FARGO BANK NA
c/o Codilis & Associates P.C.        Attention: Bankruptcy Department MAC Ã¯Â¿Â½      WELLS FARGO HOME MORTGAGE AMERICAS SERVICI
15W030 North Frontage Road Suite 100 3476 Stateview Blvd.                      ATTN BANKRUPTCY DEPT MAC X7801-014
Burr Ridge, IL 60527-6921            Fort Mill, SC 29715-7203                  3476 STATEVIEW BLVD
                                                                               FORT MILL SC 29715-7203


Wexler & Wexler                      Zale/cbsd                                 Autumn Vargas
500 W. Madison                       Attn.: Centralized Bankruptcy             3318 W. 64th Place
Suite 450                            Po Box 20363                              Chicago, IL 60629-2846
Chicago, IL 60661-2767               Kansas City, MO 64195-0363


Ernesto D Borges                     Nathan E Delman                           Patrick S Layng
Law Offices of Ernesto Borges        Robert J. Semrad & Associates             Office of the U.S. Trustee, Region 11
105 W Madison Street                 20 South Clark                            219 S Dearborn St
23rd Floor                           28th Floor                                Room 873
Chicago, IL 60602-4647               Chicago, IL 60603-1811                    Chicago, IL 60604-2027


Tom Vaughn                           Zeljko Popovic
55 E. Monroe Street, Suite 3850      Law Offices of Ernesto Borges
Chicago, IL 60603-5713               105 West Madison, 23rd Floor
                                     Chicago, IL 60602-4647
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Childrens Place/Citicorp Credit Services   Portfolio Rc              (d)Portfolio Recovery Associates, LLC
Attn.:  Centralized Bankruptcy             Attn: Bankruptcy          POB 41067
Po Box 20363                               Po Box 41067              Norfolk VA 23541
Kansas City, MO 64195                      Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC      Springleaf Financial S    (d)The Children's Place
c/o Beneficial                             Po Box 3251               P.O. Box 9025
POB 41067                                  Evansville, IN 47731      Des Moines, IA 50368-9025
Norfolk VA 23541


Wells Fargo Hm Mortgag                     End of Label Matrix
8480 Stagecoach Cir                        Mailable recipients    40
Frederick, MD 21701                        Bypassed recipients     0
                                           Total                  40
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE: | ) |
| | ) CHAPTER 13 |
| Autumn Vargas, | ) |
| | ) JUDGE Janet S. Baer |
| Debtor(s) | ) |
| | ) 12-17397 |

## MOTION TO MODIFY PLAN AND DEFER TRUSTEE DEFAULT

NOW COMES the Debtor, by and through The Law Offices of Ernesto D. Borges Jr., P.C., and moves this Honorable Court, pursuant to § 1329(a) to enter an order modifying plan and deferring Debtor's trustee payment default, and in support thereof states as follows:

1. That the Debtor's filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code; the plan was confirmed.

2. That the Debtor's confirmed Chapter 13 plan calls for monthly payments of $736.00 for an initial term of 60 months to pay allowed timely filed General Unsecured Creditors at 10%.

3. That the current default results from missed payments at the beginning of the plan before the Debtor's payroll control began.

4. That the payments have been received regularly since and the Debtor asks that the instant default be deferred to the end of the plan.

5. The proposed plan would have met the requirements for confirmation on the original confirmation date.

WHEREFORE, Debtor's respectfully pray this Court enter an order deferring their current Trustee default to the end of the Chapter 13 plan, modifying the Chapter 13 plan, and for such other and further relief this Court deems just and proper.

Respectfully Submitted,
/s/ Martin A. Lear
Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison, Ste 2300
Chicago, IL 60602
312-853-0200