UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-17397 |
| Autumn Vargas | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to defer the default on the Chapter 13 Trustee payments; the Court being advised in the premises; due notice having been given;

IT IS HEREBY ORDERED:

1. The Debtor's Trustee payment default is deferred to the end of the Chapter 13 plan.

2. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 01, 2014

**Prepared by:**

Martin A. Lear #6295187
The Law Offices of Ernesto D. Borges, Jr., P.C.
105 W. Madison
Suite 2300
Chicago, Il. 60602